**Order entered February 14, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01264-CV

### RIPSY RIMJHIM, Appellant

### V.

### ANIMESH KUMAR, Appellee

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-03848**

## ORDER

Before the Court is appellant's February 13, 2017 motion for an extension of time to file her brief. We **GRANT** appellant's motion to the extent we **ORDER** the brief to be filed by March 13, 2017.

/s/     ELIZABETH LANG-MIERS
        JUSTICE